UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HOLDING RENAISSANCE PROPERTY, LLC**      **CIVIL ACTION**

**VERSUS**                                  **NO. 23-1594**

**NATIONSTAR MORTGAGE, LLC**                **SECTION: D (4)**

### ORDER AND REASONS

Before the Court is a Motion For Temporary Restraining Order and Preliminary Injunctive Relief, filed by plaintiff, Holding Renaissance Property Holding, LLC ("HRP") on May 16, 2023. (R. Doc. 7). In the Motion, HRP seeks a temporary restraining order and preliminary injunction to arrest execution of the writ of seizure and sale of property located at 2706-08 Robert Street in New Orleans, Louisiana by Nationstar Mortgage, LLC, which sale is scheduled for June 1, 2023 by the Orleans Parish Sheriff's Office. (*Id*. at p. 1; R. Doc. 7-2 at p. 1).

In an email communication sent to the Court in the evening of May 16, 2023, counsel for HRP advised the Court that the sale scheduled for June 1, 2023 had been cancelled, and that counsel would contact the Court the following day. When the Court did not hear anything further from HRP's counsel, the Court emailed counsel on May 26, 2023, inquiring whether the sale had been cancelled and whether a temporary restraining order was still necessary. In an email communication sent to the Court on May 30, 2023, HRP's counsel advised the Court that the sale had been cancelled and that a temporary restraining order is not necessary at this time.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion For Temporary Restraining Order and Preliminary Injunctive Relief (R. Doc. 7) is **DENIED as moot.**

New Orleans, Louisiana, May 31, 2023.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**